**Dismissed and Opinion Filed January 31, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01701-CV

**BOBBY J. CASILLAS AND MARY CASILLAS, Appellants**
**V.**
**CLEATIE JOY NEILL AND RICARDO RINCON, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-10394**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellants have filed a motion to dismiss, asserting they no longer wish to pursue the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). Appellees are unopposed and have not cross-appealed.

Accordingly, we grant the motion and dismiss the appeal. *Id.* 42.1(a)(1), 43.2(f).

131701F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BOBBY J. CASILLAS AND MARY
CASILLAS, Appellants

No. 05-13-01701-CV          V.

CLEATIE JOY NEILL AND RICARDO
RINCON, Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-10394.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Cleatie Joy Neill and Ricardo Rincon recover their costs, if any, of this appeal from appellants Bobby J. Casillas and Mary Casillas.

Judgment entered January 31, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE